IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANTHONY THORPE,<br><br>**Plaintiff,**<br><br>v.<br><br>GWR FLAT ROCK PARTNERS, LLC,<br><br>**Defendant.** | CIVIL ACTION FILE NO.<br>4:23-CV-00176<br><br>JURY TRIAL DEMANDED |

### ORDER ADDING GWR MANAGEMENT, LLC AS A PARTY-DEFENDANT

This matter is before the Court on the Parties Consent Motion to add GWR Management, LLC as a party-defendant in this matter. For good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that, pursuant to Fed. R. Civ. Pro. 21, GWR Management, LLC is **ADDED** as a defendant to this matter. **It is further ORDERED** that Plaintiff shall file an Amended Complaint stating allegations against GWR Management, LLC on or before December 28, 2023, and that GWR Management, LLC shall file an Answer or other responsive pleading within 21 days of the filing of the Amended Complaint.

SO ORDERED this 11th day of December, 2023.

S/Clay D. Land
_____
HON. CLAY D. LAND,
UNITED STATES DISTRICT JUDGE