## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **ANTHONY THORPE,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION FILE NO.** <br> **4:23-CV-00176** |
| **GWR FLAT ROCK PARTNERS,** <br> **LLC AND GWR MANAGEMENT,** <br> **LLC** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Anthony Thorpe and Defendants GWR Flat Rock Partners, LLC

and GWR Management, LLC and hereby stipulate, pursuant to Fed. R. Civ. Pro.

41(a), to the dismissal of Plaintiff's claims with prejudice, with each party to bear

his or her own costs and fees.

Respectfully submitted this 2nd day of July, 2024.

**STIPULATED TO AND AGREED UPON BY:**

| | |
|---|---|
| */s/ Matthew Woods* | */s/ Max Compton* |
| Mathew A. Woods | William M. Compton |
| Georgia Bar No. 633180 | Georgia Bar No. 380092 |

1

2

678-713-1917
matthew.woods@libertymutual.com
*Attorney for Defendants and*
*Dismissed Parties:*
*GWR Brighton Partners Ltd.*
*GWR Equities, LLC*

(912) 443-1017
mcompton@forthepeople.com
*Attorney for Plaintiff*